UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BAKER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PETZL AMERICA, INC., a corporation,<br>THE PETZL GROUP, a corporation,<br>PORT TOWNSEND RIGGERS, a<br>business entity,<br><br>    Defendants. | CASE NO: 2:19-cv-07659-DSF-PLA<br><br>**ORDER RE DISMISSAL WITH PREJUDICE** |

    GOOD CAUSE appearing therefore,

    IT IS HEREBY ORDERED that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the entirety of this action, including but not limited to all claims for relief and causes of action that have been or could have been asserted by plaintiff Michael Baker against any defendant or related person, or by any defendant against any other defendant or related person, or any related person, shall be dismissed with prejudice, with each party to bear their own costs and attorneys' fees, and that the trial date and all other pretrial dates and deadlines be vacated.

DATED: March 12, 2020

                                                        Honorable Dale S. Fischer
                                                        UNITED STATES DISTRICT JUDGE